IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT PHILPOTT                                                    PLAINTIFF
ADC # 111495

v.                          No. 4:24-cv-1035-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                         DEFENDANTS

ORDER

1.    Philpot is a three-striker.   Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim.   *E.g., Philpott v. Sebastian County Courthouse, et al.*, Case No. 2:11-cv-2101-PKH (W.D. Ark.);   *Philpott v. Barnett*, No. 2:07-cv-02074-JLH (W.D. Ark.);   and *Philpott v. Arkansas, et al.*, No. 5:07-cv-161-JLH (E.D. Ark).   Nothing in

Philpott's new complaint, *Doc. 2*, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). His complaint will therefore be dismissed without prejudice.

2. If Philpott wants to pursue this case, then he must pay $405 (the filing and administrative fees) and file a motion to reopen the case by 3 February 2025. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

3. Philpott's motion for the appointment of counsel, *Doc. 2*, is denied.

4. The Court directs the Clerk to correct the spelling of Philpott's name on the docket sheet.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025