IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT PHILPOTT                                                    PLAINTIFF
ADC # 111495

v.                          No. 4:24-cv-1035-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board; LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board; WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board; ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board; WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board; SARAH HUCKABEE
SANDERS, Governor, Arkansas; and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                        DEFENDANTS

JUDGMENT

Philpott's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 January 2025